peals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3966, ▮

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-9737. Serajul Haque, Jr., Petitioner v. Department of Homeland Security, et al.**

563 U.S. 1017, 131 S. Ct. 2910, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3961, ▮

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-10213. In re Stanley L. Williams, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3922.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-9744. Gilberto Rossaty, aka Gilberto Rossatti Mendez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1017, 131 S. Ct. 2911, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3993.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-10247. In re Ralph Baker, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2923, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3907.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-9616. In re Cary Michael Lambrix, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2907, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3869.

May 23, 2011. Petition for writ of habeas corpus denied.

**No. 10-9635. In re Shirley Remmert, Petitioner.**

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3946.

May 23, 2011. Petition for writ of mandamus denied.

**No. 10-10206. In re Michael Charles Ward, Petitioner.**

**No. 10-9628. In re Louis J. Clay, Jr., Petitioner.**

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1263, 2011 U.S. LEXIS 3968.

May 23, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,